# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERNON AND VICTORIA M. VAN AUKEN, | |
| Plaintiffs, | CASE NO. 8:06cv730 |
| v. | **ORDER** |
| TIME INS. CO. / FORTIS / ASSURANT HEALTH, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation to Remand. The Court has reviewed the stipulation and finds that the case should be remanded. Accordingly,

IT IS ORDERED :

1. The Joint Stipulation to Remand (Filing No. 8) is approved;

2. The case is remanded to the District Court of Sarpy County, Nebraska;

3. The parties shall pay their own costs and fees; and

4. The Clerk of the Court is directed to take all necessary steps to accomplish the remand.

DATED this 18th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge.